**Dismissed and Memorandum Opinion filed November 13, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00631-CV

## CCS ASSET MANAGEMENT, INC.; BEN WRIGHT; AND ANTARIS JACKSON, Appellants

### V.

## DANIEL WEBBER, Appellee

**On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court Cause No. C-1-CV-18-003488**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 28, 2018. The notice of appeal was filed July 5, 2018. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On October 18, 2018, this court ordered appellants to pay the appellate filing fee on or before November 1, 2018, or the appeal would be dismissed. Appellants have not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell.